No. 10–474.  HARRELSON v. SWAN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–477.  LUTZ ET AL. v. SAMPAIR ET AL.  Sup. Ct. Minn. Certiorari denied.

No. 10–479.  HINDLE v. FUITH.  Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–482.  SHERMAN v. LAMOTHE ET AL.  C. A. 5th Cir. Certiorari denied.

No. 10–483.  MIKKILINENI v. GIBSON-THOMAS ENGINEERING CO., INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–484.  SITZES, INDIVIDUALLY AND AS JOINT ADMINISTRATOR OF THE ESTATE OF SITZES, DECEASED, ET AL. v. CITY OF WEST MEMPHIS, ARKANSAS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–486.  BENUN ET AL. v. FUJIFILM CORP.  C. A. Fed. Cir. Certiorari denied.

No. 10–492.  YOUA VANG LEE, TRUSTEE FOR THE HEIRS AND NEXT OF KIN OF FONG LEE, DECEDENT v. ANDERSEN ET AL. C. A. 8th Cir.  Certiorari denied.

No. 10–496.  WHITE v. MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P. C.  C. A. 1st Cir.  Certiorari denied.

No. 10–504.  SINGH v. HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–506.  CRUZ v. NEW YORK CITY DEPARTMENT OF EDUCATION ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–523.  ZAHN v. MCHUGH, SECRETARY OF THE ARMY. C. A. 9th Cir.  Certiorari denied.

No. 10–524.  MORGAN v. TOWN OF MINERAL, VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 10–530.  UL HAQ v. HOLDER, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.